**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Terry Lee ROSEBORO, Defendant—
Appellant.**

**No. 12–6842.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 26, 2012.

Terry Lee Roseboro, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina; H. Thomas Church, Office of the United States Attorney, Washington, DC; C. Nicks Williams, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Lee Roseboro appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Roseboro,* No. 5:00–cr–00014–RLV–1 (W.D.N.C. Apr. 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*